AO 467 (1/86) Order Holding Defendant

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Victoria Lynn Ceena

ORDER HOLDING DEFENDANT TO
ANSWER AND TO APPEAR
IN DISTRICT OF PROSECUTION
OR DISTRICT HAVING
PROBATION JURISDICTION

Case Number: 05-mJ-1284

Charging District Case Number:

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the Western District of Texas; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified) 

_____ on As directed by Texas     *Place and Address*
                *Date and Time*           or no later than 12/28/05

_____
Signature of Judicial Officer

14 December 05
*Date*

Patricia A Coan
*Name and Title of Judicial Officer*